## MacDONALD et al.
### v.
## MARTINELLI et al.

United States District Court,
S. D. New York.

May 22, 1953.

Weisman, Allen, Spett & Sheinberg, New York City (Irving Rozen, New York City, of counsel), for plaintiffs.

Bernard H. Fitzpatrick, New York City, for defendants.

CONGER, District Judge.

The defendants moved at the pre-trial conference to amend their answer to plead the statute of limitations.

Since Judge Samuel H. Kaufman has held that Section 16(b) of the Act, 29 U.S.C.A. § 216(b), relating to the filing of consents, is inapplicable to this suit, D.C., 120 F.Supp. 383, the defendants are precluded from using the filing dates of such consents nevertheless filed as a basis for asserting the statute of limitations found in Sections 6 and 7 of the Portal to Portal Act, 29 U.S.C.A. §§ 255, 256. The statute of limitations runs

from the filing date of the complaint. Cf. Burrell v. LaFollette Coach Lines, D.C., 97 F.Supp. 279.

Motion denied.